The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV21-1254-RSM |
| Plaintiff, | |
| v. | |
| $74,975.53 IN U.S. CURRENCY, AND ANY ACCRUED INTEREST, | **ORDER GRANTING JOINT MOTION TO STAY CIVIL CASE** |
| Defendant. | |

THIS MATTER having come before the Court on the joint motion of the parties to stay this proceeding pending completion of a related criminal investigation pursuant to 18 U.S.C. §§ 981(g)(1) and (g)(2), and the Court having considered the matter and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the parties' joint motion to stay this proceeding pursuant to 18 U.S.C. §§ 981(g)(1) and (g)(2) is GRANTED, and this matter is hereby stayed pending the conclusion of the related criminal investigation involving Roman Washington, or until further order of the Court.

**IT IS FURTHER ORDERED** that either party may request a lifting of the stay at any time pursuant to a written motion.

**IT IS FURTHER ORDERED** that the persons and entities to whom the United States provided direct notice of this proceeding on or about September 15, 2021, shall

ORDER GRANTING JOINT MOTION TO STAY CIVIL CASE - 1
*U.S. v. $74,975.53 in U.S. Currency, and Any Accrued Interest,* CV21-1254-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

have an additional 35 days, from the date the Court lifts the proposed stay, to file a claim in this proceeding.

**IT IS FURTHER ORDERED** that in the event that the related criminal investigation has not been completed, the parties shall file a Status Report within six months of the entry of this Order.

DATED this 13th day of December, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-3903
Telephone: (206) 553-2242
Krista.Bush@usdoj.gov

ORDER GRANTING JOINT MOTION TO STAY CIVIL CASE - 2
*U.S. v. $74,975.53 in U.S. Currency, and Any Accrued Interest,* CV21-1254-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970