The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$74,975.53 IN U.S. FUNDS, AND ANY ACCRUED INTEREST,<br><br>Defendant.<br><br>and<br><br>ROMAN WASHINGTON,<br><br>Claimant. | NO. CV21-1254-RSM<br><br>**SETTLEMENT AGREEMENT AND FINAL ORDER OF FORFEITURE** |

WHEREAS Plaintiff United States of America, by and through Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Krista K. Bush, Assistant United States Attorney, and Roman Washington, by and through his counsel, Zenon P. Olbertz, wish to resolve this matter without additional utilization of judicial resources and without incurring further litigation expenses,

//

//

Settlement Agreement - 1
*United States v. $74,975.53 In U.S. Currency, and Any Accrued Interest,* CV21-1254-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY STIPULATED as follows:

This civil *in rem* forfeiture proceeding was brought by the United States against $74,975.53 in United States currency, and any accrued interest, seized on or about October 28, 2020, during the lawful execution of a federal search warrant by the Federal Bureau of Investigation ("FBI") from a residence located at 17215 Military Road South, SeaTac, Washington, associated with Latrina Elaine Bankston and Roman Washington (the "Defendant Currency"). Dkt. Nos. 1, 4.

In its Verified Complaint for Forfeiture *in Rem*, and subsequent Amended Verified Complaint *in Rem*, the United States alleged that the Defendant Currency is proceeds from the sale of controlled substances and/or attempt or conspiracy to distribute controlled substances and, therefore, is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6) for violations of 21 U.S.C. §§ 841 and 846. *See id.*

The United States provided proper notice of this action to all known potential claimants, including Latrina Bankston and Roman Washington. Dkt. Nos. 2, 5. Published notice is also complete, as reflected in the Declaration of Publication. Dkt. No. 8.

On or about November 15, 2021, Roman Washington filed a Notice of Appearance and an Answer to the Complaint. Dkt. Nos. 9, 10.

On December 9, 2021, the United States and Claimant Washington filed a Joint Motion to Stay the civil forfeiture case until the conclusion of the related criminal investigation. Dkt. No. 12. On December 13, 2021, the Court ordered this civil forfeiture action stayed, pursuant to 18 U.S.C. §§ 981(g)(1) and (g)(2), pending resolution of the related criminal investigation or until further order of the Court. Dkt. No. 13. The Order also provided that persons and entities to whom the United States provided direct notice of this proceeding on or about September 15, 2021, shall have an additional 35 days, from the date the Court lifts the stay, to file a claim in this proceeding. *Id.*; *see also* Dkt. No. 5.

Settlement Agreement - 2
*United States v. $74,975.53 In U.S. Currency, and Any Accrued Interest,* CV21-1254-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

At the request of the parties, the Court lifted the stay on August 29, 2023. Dkt. No. 20.

All persons and entities believed to have an interest in the Defendant Currency were given proper notice of the intended forfeiture when this civil forfeiture action was filed and were given proper notice when the stay was lifted. Dkt. Nos. 2, 5, 8, 21. No other claimants have come forward to assert an interest in the Defendant Currency, and the time for doing so has expired.

NOW THEREFORE, this SETTLEMENT AGREEMENT is entered into among the Parties pursuant to the following terms:

1. The Parties acknowledge that this Settlement Agreement is made as a compromise of a disputed claim without adjudication of any issue of fact or law. The parties further acknowledge and agree that this settlement shall not be deemed to constitute an admission by Claimant Washington of fault, liability, or wrongdoing as to any facts or claims alleged or asserted in the Verified Complaint for Forfeiture and the Amended Verified Complaint for Forfeiture and shall not be construed to create rights in, or grant any cause of action to, any third party not covered by this Settlement Agreement.

2. The United States agrees to dismiss from this action and return to Claimant Washington $20,000 of the $74,975.53 in United States currency seized on or about October 28, 2020, as identified in paragraph 1 of the Verified Complaint for Forfeiture *in Rem* and Amended Verified Complaint (Dkt. Nos. 1, 4).

3. Claimant Washington agrees to withdraw his claim to, and consents to the forfeiture of the remaining $54,975.53 of the $74,975.53 in United States currency, and any accrued interest, seized on or about October 28, 2020, as identified in paragraph 1 of the Verified Complaint for Forfeiture *in Rem* and Amended Verified Complaint (Dkt. Nos. 1, 4).

//

//

Settlement Agreement - 3
*United States v. $74,975.53 In U.S. Currency, and Any Accrued Interest,* CV21-1254-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      4.    Claimant Washington recognizes that the Debt Collection Improvement Act of 1996, 31 U.S.C. § 3716, which is administered by the Treasury Offset Program ("TOP"), requires the United States Treasury to offset federal payments to collect certain delinquent debts owed to the United States by a payee. Claimant Washington recognizes, therefore, that the $20,000 in U.S. currency identified in paragraph 2 for return to him may be reduced by the amount of any delinquent debt TOP is required to collect.

    5.    Claimant Washington's withdrawal of his claims to, and his consent to forfeiture of, the property set forth in paragraph 3 shall be in full and complete settlement and satisfaction of all civil forfeiture issues relating to the Defendant Currency.

    6.    Claimant Washington agrees to release and hold harmless the United States, its agents, servants, and employees (and any involved state or local law enforcement agencies and their agents, servants, or employees), in their individual or official capacities, from any and all claims he, or his representatives or agents, may possess, or that may arise, as a result of the seizure of the above-identified property and the subsequent forfeiture proceedings, including any claims for interest or attorney's fees.

    7.    The Parties agree this Settlement Agreement is subject to review and approval by the Court, as provided in the proposed Order submitted below.

//

//

//

//

//

Settlement Agreement - 4
*United States v. $74,975.53 In U.S. Currency, and Any Accrued Interest,* CV21-1254-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

8. Upon entry of this Settlement Agreement and Final Order of Forfeiture, this action shall be DISMISSED WITH PREJUDICE, closed, and the property identified in paragraph 2 shall be returned to Claimant Washington within 60 days of entry of the Order.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

DATED: November 1, 2023

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-2242
Fax: (206) 553-6934
Email: Krista.Bush@usdoj.gov

DATED: November 1, 2023

*s/Zenon P. Olbertz*
ZENON P. OLBERTZ *
Law Offices of Zenon P. Olbertz
Attorney for Claimant
Roman Washington
1008 South Yakima, #302
Tacoma, WA 98405
Phone: 253 272-9967
Fax: 253 572-1441
E-mail: Zenon@olbertzlaw.Net
* *Permission to e-sign and e-file obtained via email on November 1, 2023*

DATED: November 1, 2023

*s/Roman Washington*
ROMAN WASHINGTON
Claimant

Settlement Agreement - 5
*United States v. $74,975.53 In U.S. Currency, and Any Accrued Interest,* CV21-1254-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

The foregoing Settlement Agreement is hereby approved under the terms and conditions set forth above.

1. The following property shall be returned to Claimant Washington within 60 days of entry of this Order:  $20,000 of the $74,975.53 in United States currency seized on or about October 28, 2020, as identified in paragraph 1 of the Verified Complaint for Forfeiture *in Rem* and Amended Verified Complaint (Dkt. Nos. 1, 4).

2. The following property is FORFEITED to the United States: $54,975.53 of the $74,975.53 in United States currency, and any accrued interest, seized on or about October 28, 2020, as identified in paragraph 1 of the Verified Complaint for Forfeiture *in Rem* and Amended Verified Complaint (Dkt. Nos. 1, 4).

Pursuant to this agreement, the Court hereby DISMISSES this action.

IT IS ORDERED.

DATED this 2nd day of November, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Settlement Agreement - 6
*United States v. $74,975.53 In U.S. Currency, and Any Accrued Interest,* CV21-1254-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends notice of the filing to all ECF participants of record.

*s/Hannah G. Williams*
HANNAH G. WILLIAMS
FSA Paralegal III, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-2242
Fax: (206) 553-6934
Hannah.Williams2@usdoj.gov

Settlement Agreement - 7
*United States v. $74,975.53 In U.S. Currency, and Any Accrued Interest,* CV21-1254-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970